**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 383 EAL 2021
                         :
         Respondent         :
                         :    Petition for Allowance of Appeal
                         :    from the Order of the Superior Court
         v.                     :
                         :
                         :
MUNIR PANKERY,                :
                         :
         Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.